UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA K. BLUE,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | No. 2:25-cv-02805-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 2, 3) |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On November 6, 2025, the magistrate judge filed findings and recommendations herein which contained notice that no objection period is required for a recommendation to deny *in forma pauperis* status. (ECF No. 3.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED;
2. Plaintiff is granted leave to satisfy the $350.00 filing fee and $55.00 administrative fee in monthly installments of $50 or more, with the first payment due within 14 days of this order and due on the first of each month thereafter;

1

3. The Clerk of the Court is directed to issue appropriate case documents and summonses after the first installment is received;

4. Plaintiff is warned that failure to satisfy the full filing fee according to the payment schedule may result in dismissal under Federal Rule of Civil Procedure 41(b); and

5. This matter is referred back to the assigned magistrate judge for further proceedings.


IT IS SO ORDERED.

Dated:   **November 25, 2025**

Dena Coggins
United States District Judge

2