UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA K. BLUE, | No.  2:25-cv-2805-DC-CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff Brianna Blue proceeds without counsel and seeks relief relating to an incident and resulting visiting ban preventing her from visiting her fiancé in custody of the California Department of Corrections. (ECF No. 1.) This matter is referred to the undersigned by Local Rule 302(c)(21). See 28 U.S.C. § 636.

On November 25, 2025, the court denied plaintiff's motion to proceed in forma pauperis and granted plaintiff leave to pay the court costs by monthly installments of $50.00 or more. (ECF No. 4.) Plaintiff's first installment payment was due within 14 days of the date of that order. (Id. at 1.)

As the court previously informed plaintiff (see ECF No. 3), if leave to proceed in forma pauperis is not granted, then a plaintiff must pay the $350.00 filing fee and the $55.00 administrative fee in order to commence a civil action. See 28 U.S.C. §§ 1914(a), 1915(a). The

1

time granted for plaintiff to pay the first installment payment towards the court costs has expired, and plaintiff has not paid the first installment or otherwise communicated with the court.

In the court's order dated November 25, 2025, plaintiff was specifically cautioned that failure to satisfy the full filing fee according to the payment schedule could result in dismissal of this case. (ECF No. 4 at 2.) Despite this warning, plaintiff has neither paid the first installment payment nor requested more time to do so.

For the reasons set forth above, IT IS RECOMMENDED that this action be dismissed without prejudice for failure to pay the filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated:  January 15, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 blue25cv2805.ifp.fr

2